UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMPO TEANG, | No. 2:11-cv-00024-MCE-DAD |
|     Plaintiff, | |
|   v. | **NON-RELATED CASE ORDER** |
| GMAC MORTGAGE, LLC, | |
|     Defendant. | |
| _____/ | |
| KIMPO TEANG, | No. 2:11-cv-01379-MCE-DAD |
|     Plaintiff, | |
|   v. | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al., | |
|     Defendants. | |
| _____/ | |
| KIMPO TEANG, | No. 2:12-cv—00885-JAM-EFB |
|     Plaintiff, | |
|   v. | |
| HOMECOMINGS FINANCIAL, LLC, et al., | |
|     Defendants. | |
| _____/ | |

1      The Court has received the Notice of Related Cases
2 concerning the above-captioned cases filed June 8, 2012.  <u>See</u>
3 Local Rule 123, E.D. Cal. (1997).  The Court has determined,
4 however, that it is inappropriate to relate or reassign the
5 cases, and therefore declines to do so.  This order is issued for
6 informational purposes only, and shall have no effect on the
7 status of the cases, including any previous Related (or Non-
8 Related) Case Order of this Court.
9      IT IS SO ORDERED.

Dated: July 5, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE