Emmanuel F. Fobi (SBN: 210764)
**LAW OFFICE OF EMMANUEL F. FOBI**
309 SOUTH A STREET
Oxnard CA 93030
Tel: (805) 240-2655
Fax: (805) 483-1536

Attorneys for Plaintiff,
KIMPO TEANG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO

| | |
|---|---|
| KIMPO TEANG, | Case No. 2:12-CV-0885-JAM-EFB |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL OF ACTION WITHOUT PREJUDICE** |
| HOMECOMINGS FINANCIAL,LLC ; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,INC., aka MERS | |
| Defendants. | |

-1-
[PROPOSED] ORDER FOR DISMISSAL OF ACTION

**ORDER**

GOOD cause appearing: **IT IS ORDERED THAT THIS ACTION IS DISMISSED WITHOUT PREJUDICE.**

Dated: July 29, 2013                              /s/ John A. Mendez
                                                  Honorable John A. Mendez
                                                  United States District Court Judge